# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIM LAWRENCE SHYVERS,<br><br>    Petitioner,<br><br>  v.<br><br>KING COUNTY JAIL,<br><br>    Respondent. | CASE NO. C12-899 MJP<br><br>ORDER DENYING PETITIONER'S HABEAS PETITION WITHOUT PREJUDICE |

The Court, having reviewed Petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of Magistrate Judge Mary Alice Theiler, Petitioner's letter of August 10, 2012, and the remaining record, does hereby find and order:

1) The Court adopts the Report and Recommendation;

2) Petitioner habeas petition and this action are DISMISSED, without prejudice;

3) Petitioner is DENIED issuance of a certificate of appealability, and

4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to Judge Theiler.

1 The clerk is ordered to provide copies of this order to all counsel.

2 Dated this 21st day of September, 2012.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DENYING PETITIONER'S HABEAS
PETITION WITHOUT PREJUDICE- 2