```
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 9                                   AT SEATTLE

10   KIM LAWRENCE SHYVERS,                    CASE NO. C12-899 MJP

11                         Petitioner,        ORDER DENYING PETITIONER'S
                                              HABEAS PETITION WITHOUT
12          v.                                PREJUDICE

13   KING COUNTY JAIL,

14                         Respondent.
```

15

16      The Court, having reviewed Petitioner's Petition for Writ of Habeas Corpus, the Report

17 and Recommendation of Magistrate Judge Mary Alice Theiler, Petitioner's letter of August 10,

18 2012, and the remaining record, does hereby find and order:

19      1) The Court adopts the Report and Recommendation;

20      2) Petitioner habeas petition and this action are DISMISSED, without prejudice;

21      3) Petitioner is DENIED issuance of a certificate of appealability, and

22      4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for

23         Respondent, and to Judge Theiler.

24

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated this 21st day of September, 2012.

                                                */s/ Marsha J. Pechman*
                                               Marsha J. Pechman
                                               United States District Judge

ORDER DENYING PETITIONER'S HABEAS
PETITION WITHOUT PREJUDICE- 2